United States District Court
Southern District of Texas
**ENTERED**
September 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DUSTIN COONE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-03697 |
| | § | |
| NOBLE SERVICES INTERNATIONAL | § | |
| LIMITED, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation filed on August 5, 2025 (Doc. #34), Plaintiff's Objections (Doc. #37), and Defendant Noble Services International Limited's ("Defendant") Response (Doc. #40). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as its Order.

Accordingly, Plaintiff's Motion to Continue (Doc. #18) is DENIED. Furthermore, Defendant's Motion to Dismiss for *forum non conveniens* (Doc. #11) is GRANTED. Finally, Defendant's Rule 12(b)(6) Motion (Doc. # 10) and Plaintiff's Amended Motion to Remand (Doc. #21) are DENIED as MOOT. The Court will enter a separate Final Judgment.

It is so ORDERED.

SEP 2 2 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge